SCAD-16-0000563

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IKE EMANUEL DURU,
Petitioner,

vs.

OFFICE OF DISCIPLINARY COUNSEL,
Respondent.

ORIGINAL PROCEEDING
(Prior Supreme Court No. 27356; ODC Case No. 05-031-8183)

ORDER DENYING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the Disciplinary Board's Report and Recommendation to Deny Reinstatement of Petitioner Ike Emmanuel Duru and the record in this matter, we find and conclude, after careful and thorough review, that Petitioner Duru failed to follow court rules governing his disbarment, particularly in his failure to inform his Maui employer or the Office of Disciplinary Counsel (ODC) of his foreign disbarment, and failed to fulfill substantive conditions of this court's November 10, 2005 reciprocal disbarment, particularly his failure

to successfully seek reinstatement in Georgia.

We further find and conclude that Respondent Duru has failed to prove by clear and convincing evidence, as required by Rule 2.17(b)(4) of the Rules of the Supreme Court of the State of Hawaiʻi, that he is rehabilitated from the ethical conduct underlying that disbarment, particularly his engaging in discussion of legal matters with a licensed attorney and the attorney's client, his failure to report in his petition criminal and civil litigation in which he was involved during his disbarment, and his failure to timely act with initiative regarding his outstanding student loan obligations. Therefore,

IT IS HEREBY ORDERED that the petition is denied.

IT IS FURTHER ORDERED that Petitioner Duru shall bear the expenses incurred in the investigation into and processing of his petition, upon the timely submission of a verified bill of costs by the Office of Disciplinary Counsel.

DATED: Honolulu, Hawaiʻi, February 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

